JOHN T. PURVES, VS. FIREMEN'S INSURANCE COMPANY, CONSOLI-
DATED.

It is ordered adjudged and decreed that the verdict and judgment
appealed from be amended by reducing it from two thousand seven
hundred and thirty-two dollars and ninety-five cents ($2732.95) to
two thousand four hundred and seventeen dollars and sixty-five
cents ($2417.65), with interest thereon at 5 per cent. from judicial
demand.  As amended judgment affirmed.  Plaintiff and appellee to
pay costs of appeal.